NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YUYAMA MANUFACTURING CO., LTD.,**
*Plaintiff-Appellant,*

v.

**JVM CO., LTD.,**
*Defendant-Appellee.*

---

2011-1104

---

Appeal from the United States District Court for the District of Maryland in No. 06-CV-2536, Judge Marvin J. Garbis.

---

## ORDER

The appellant having failed to respond to this court's June 10, 2013 order,

IT IS ORDERED THAT:

The appeal is dismissed.

FOR THE COURT

July 22, 2013                              /s/ Daniel E. O'Toole
     Date                                   Daniel E. O'Toole
                                           Clerk

cc:  Michael A. O'Shea, Esq.
     William J. O'Brien, Esq.
s8

ISSUED AS A MANDATE: July 22, 2013

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 22 2013

DANIEL E. O'TOOLE
CLERK